# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MILLER<br>　　　　Plaintiff,<br>v.<br>UNITED STATES OF AMERICA and<br>DOES 1-25<br>　　　　Defendants. | Case No.: 3:17-cv-00121-MMD-WGC<br><br>~~[PROPOSED]~~ ORDER |

As the parties have stipulated, Plaintiff, John Miller, shall have through and until May 31, 2018, to file his Opposition to Defendant's Motion to Dismiss Amended Complaint.

DATED: THIS 9th day of May ___, 2018.

_____
HON. MIRANDA M. DU
UNITED STATES DISTRICT JUDGE