DAYLE ELIESON
United States Attorney
HOLLY A. VANCE
Assistant United States Attorney
United States Attorney's Office
400 South Virginia Street, Suite 900
Reno, NV 89501
(775) 784-5438
Holly.A.Vance@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MILLER, | Case No. 3:17-cv-00121-MMD-WGC |
| Plaintiff, | **STIPULATION FOR EXTENSION OF** |
| | **TIME TO RESPOND TO OPPOSITION** |
| v. | **TO MOTION TO DISMISS (ECF NO. 44)** |
| UNITED STATES OF AMERICA, | **(FIRST REQUEST)** |
| Defendant. | **(EXPEDITED REVIEW REQUESTED)** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Defendant United States of America and Plaintiff John Miler hereby stipulate to an 18-day extension of time, until June 25, 2018, for Defendant to file its reply to Plaintiff's opposition to motion to dismiss. (ECF No. 44). The reply is currently due on June 7, 2018. This request supersedes the motion for extension previously filed by Defendant (ECF No. 45), as Plaintiff's counsel has advised that he does not object to Defendant's extension request.

Plaintiff filed an opposition to Defendant's motion to dismiss on May 31, 2018 and Defendant's reply is due on June 7, 2018. Defense counsel is expected to be out of the office on business for several days over the coming month and she is facing many deadlines in other cases. In addition, Plaintiff's opposition is 20 pages long, addresses numerous issues and contains many citations. Given defense counsel's time away from the office, her other deadlines within the same time frame and the length of, and numerous citations within, the opposition, good cause exists for an extension of time to allow defense counsel to meaningfully evaluate, and respond to, the

arguments made. *See* Fed. R. Civ. P. 6(b)(1)(A) ("When an act may or must be done within a specified time, the court may, *for good cause*, extend the time…with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires[.]") (emphasis added).

This is defense counsel's first request for an extension of time to file her reply. *See* LR IA 6-1 (must advise of previous extensions). Granting the extension request would provide a new due date of June 25, 2018 for the reply. Defense counsel avers that this extension request is made in good faith and not for the purpose of delay.

Plaintiff's counsel has advised that he does not oppose Defendant's request for an extension.

DATED: June 5th, 2018.

DAYLE ELIESON
United States Attorney

ALLING & JILLSON, LTD.

HOLLY A. VANCE
Assistant United States Attorney
Counsel for Defendant

SCOTT W. SOURS
Counsel for Plaintiff

# EXHIBIT 1

# [PROPOSED] ORDER

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JOHN MILLER,

               Plaintiff,

    v.

UNITED STATES OF AMERICA,

               Defendant.

Case No. 3:17-cv-00121-MMD-WGC

~~[PROPOSED]~~ ORDER

IT IS HEREBY ORDERED that Defendant United States of America shall have up to and including June 25, 2018, to file its reply to Plaintiff's opposition to motion to dismiss. (ECF No. 44).

DATED:  June 5____, 2018.

_____
HON. MIRANDA M. DU
United States District Judge

1