AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

JOHN MILLER,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case Number:  3:17-cv-00121-MMD-WGC

___ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendant's motion to dismiss (ECF No. 39) is granted. Because the Court lacks subject matter jurisdiction over it, Plaintiff's case is dismissed in its entirety without prejudice.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff's motion for leave to file a proposed third amended Complaint (ECF No. 57) is denied

**IT IS FURTHER ORDERED AND ADJUDGED** that judgment is hereby entered and this case is closed.

Date:  November 27, 2018

DEBRA K. KEMPI
Clerk



/s/K. Walker
Deputy Clerk