# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: **District of Nevada**

U.S. District Court case number: **3:17-cv-00121-MMD-WGC**

Date case was first filed in U.S. District Court: **02/24/2017**

Date of judgment or order you are appealing: **11/27/2018**

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☉ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

John Miller

Is this a cross-appeal?   ○ Yes   ☉ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ☉ No

If Yes, what is the prior appeal case number?

Your mailing address:

Alling & Jillson, Ltd.

Post Office Box 3390

City: Lake Tahoe   State: NV   Zip Code: 89449

Prisoner Inmate or A Number (if applicable):

**Signature** [signature]   Date: Jan 23, 2019

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Form 1                                                                                                                                              *Rev. 12/01/2018*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
> John Miller

Name(s) of counsel (if any):
> Scott W. Souers, Esq.

Address: Alling & Jillson, Ltd. Post Office Box 3390, Lake Tahoe, NV 89449

Telephone number(s): (775) 588-6676

Email(s): ssouers@ajattorneys.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ⊙ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
> United States of America

Name(s) of counsel (if any):
> Holly Vance, Assistant U.S. Attorney

Address: U.S. Attorneys Office, 400 S. Virginia St., Suite 900, Reno, NV 89501

Telephone number(s): (775) 784-5438

Email(s): Holly.A.Vance@usdoj.gov

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*