1
2
3
4
5                       UNITED STATES DISTRICT COURT

6                            DISTRICT OF NEVADA

7   JOHN MILLER,                          Case No. 3:17-cv-00121-MMD-WGC

8                    Plaintiff,

9          v.                             **[PROPOSED] ORDER STAYING
                                          PROCEEDINGS**
10  UNITED STATES OF AMERICA,

11                   Defendant.

12
13       IT IS HEREBY ORDERED that the proceedings are stayed.

14       DATED: _____, 2021.

15                                        _____
16                                        UNITED STATES DISTRICT JUDGE
17
18
19
20
21
22
23
24
25
26
27
28