CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853
HOLLY A. VANCE
Assistant United States Attorney
United States Attorney's Office
400 South Virginia Street, Suite 900
Reno, NV 89501
(775) 784-5438
Holly.A.Vance@usdoj.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MILLER, | Case No. 3:17-cv-00121-MMD-WGC |
| Plaintiff, | |
| v. | **STIPULATION TO STAY PROCEEDINGS PENDING FINAL SETTLEMENT APPROVAL** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Plaintiff John Miller and Defendant United States of America, by and through their undersigned counsel, hereby jointly request to stay the proceedings. The parties have reached a tentative settlement agreement that requires the approval of management within both the U.S. Attorney's Office and the Office of the Regional Solicitor, U.S. Department of the Interior. Defendant anticipates that the requisite approval will be forthcoming. A stay would allow Defendant to obtain the needed approval and prepare and finalize the settlement paperwork. Accordingly, the parties respectfully request that the Court grant their request to stay the proceedings.

DATED: November 12, 2021.

CHRISTOPHER CHIOU
Acting United States Attorney                    ALLING & JILLSON, LTD.

s/ *Holly A. Vance*                              s/ *Scott W. Souers*
HOLLY A. VANCE                                   SCOTT W. SOUERS
Assistant United States Attorney                 Counsel for Plaintiff

1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MILLER,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Case No. 3:17-cv-00121-MMD-WGC<br><br>**ORDER STAYING PROCEEDINGS** |

IT IS HEREBY ORDERED that the proceedings are stayed.

DATED: November 12, 2021.

_____
UNITED STATES DISTRICT JUDGE