CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853
HOLLY A. VANCE
Assistant United States Attorney
United States Attorney's Office
400 S. Virginia Street, Suite 900
Reno, NV 89501
(775) 784-5438
Holly.A.Vance@usdoj.gov
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MILLER,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 3:17-cv-00121-MMD-CSD<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

   IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, that the above-entitled case shall be dismissed with prejudice, and each party will bear its own costs and attorney fees.

   DATED: April 7, 2022

| | |
|---|---|
| ALLING & JILLSON, LTD. | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| /s/ Scott W. Souers<br>SCOTT W. SOUERS<br>Attorney for Plaintiff | /s/ *Holly A. Vance*<br>HOLLY A. VANCE<br>Assistant U.S. Attorney<br>Attorney for Defendant |

   **IT IS SO ORDERED.**

   The stipulation of the parties to dismiss this action with prejudice is GRANTED.

   DATED this ___ day of April, 2022.

_____
UNITED STATES DISTRICT JUDGE